**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 21-cv-4919 |
| Plaintiff, | : | |
| v. | : | Hon. Steven C. Seeger |
| HEALTHCARE SOLUTIONS INC. and PROSPERITY LIFE INSURANCE GROUP LLC, | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO PROSPERITY LIFE INSURANCE GROUP LLC ONLY**

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff George Moore hereby voluntarily dismisses all of his individual claims against Defendant Prosperity Life Insurance Group LLC only ("Defendant") in this action with prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed without prejudice, each party to pay their own costs. Moreover, the Plaintiff's claim against the Healthcare Solutions Inc. will continue.

| | |
|---|---|
| Dated: May 27, 2022 | Respectfully submitted, |

By: /s/ Anthony I. Paronich

    Anthony I. Paronich (admitted *pro hac vice*)
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (508) 221-1510
    Email: anthony@paronichlaw.com

*Attorney for Plaintiff*

By: /s/ A. Paul Heerings (with permission)
A. Paul Heeringa
**MANATT, PHELPS & PHILLIPS LLP**
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6308
Email: jmcguinness@manatt.com
      pheeringa@manatt.com

*Attorneys for Defendant Prosperity Life Insurance Group LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on May 27, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any party that has not appeared.

*/s/ Anthony I. Paronich*
Anthony I. Paronich